Jack Smart, Esq. (SBN 150750)
E-Mail: jsmart@vogt-resnick.com
Charles C. McKenna, Esq. (SBN 167169)
E-Mail: cmckenna@vogt-resnick.com
**VOGT & RESNICK, LLP**
4400 MacArthur Blvd., Suite 900
P.O. Box 7849
Newport Beach, CA 92658-7849
Tel: (949) 851-9001
Fax: (949) 833-3445

Attorneys for Plaintiff, HARRY DIAMOND

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HARRY DIAMOND, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SAMUEL SPAULDING, an individual; WILLIAM LINDSAY, an individual; LINDSAY & ASSOCIATES, INC., a California corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. CV06-79 MMM (PJWx)<br>Honorable Margaret M. Morrow<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the plaintiff Harry Diamond and defendants William Lindsay and Lindsay & Associates, Inc. (collectively "Lindsay') that Lindsay be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a). This stipulation and dismissal applies only to Lindsay, and to no other defendant

DATED: December 13, 2006            VOGT & RESNICK, LLP

                                    BY: _____
                                    Jack Smart, Esq.
                                    Attorneys for Plaintiff Harry Diamond

- 1 -

| | |
|---|---|
| DATED: December 13, 2006 | GORDON & REES, LLP<br><br>By: _____<br>James M. Grandy, Esq.<br>Attorney for Defendants William Lindsay and Lindsay & Associates, Inc. |

## ORDER

The Court has considered, and hereby approves, the foregoing Stipulation.

IT IS SO ORDERED.

DATED: 12/18/06

_____
MARGARET M. MORROW
United States District Judge

P:\CLIENTS\D\Dimmond\ERISA, 3481.1\Pldgs\Stip and Order of Dismissal re Lindsay.wpd

- 2 -

DATED: December 13, 2006        GORDON & REES, LLP

By:_____
James M. Grandy, Esq.
Attorney for Defendants William Lindsay
and Lindsay & Associates, Inc.

## ORDER

The Court has considered, and hereby approves, the foregoing Stipulation.

IT IS SO ORDERED.

DATED:_____

_____
MARGARET M. MORROW
United States District Judge

P:\CLIENTS\D\Diamond\ERISA, 3481 1\Pldgs\Stip and Order of Dismisal re Lindsay.wpd

- 2 -